353 A.2d 427
**COMMONWEALTH of Pennsylvania**

v.

**Perry THORNTON, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 22, 1975.

Decided March 17, 1976.

John J. Dean, John R. Smith, Pittsburgh, for appellant.

Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appellant, Perry Thornton, Jr., was convicted of voluntary manslaughter and sentenced to five to ten years in prison. Post-verdict motions were denied and this ap-

peal followed. Appellant contends that the trial court abused its discretion by refusing appellant's motion to cross-examine a defense witness. We have considered this issue and conclude that it is without merit.

Judgment of sentence affirmed.